**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2508**

CONSOLIDATION COAL COMPANY; CONSOL ENERGY, INCORPORATED,

      Petitioners,

      v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED
STATES DEPARTMENT OF LABOR; HERMAN H. WILLIAMS,

      Respondents.

On Petition for Review of an Order of the Benefits Review Board
(13-0036-BLA).

Submitted:  July 14, 2014          Decided:  June 17, 2015

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

George E. Roeder, III, Kathy L. Snyder, JACKSON KELLY PLLC,
Morgantown, West Virginia, for Petitioners.  M. Patricia Smith,
Solicitor of Labor, Rae Ellen James, Associate Solicitor, Gary
K. Stearman, Jonathan Peter Rolfe, UNITED STATES DEPARTMENT OF
LABOR, Washington, D.C.; Joseph E. Wolfe, Ryan C. Gilligan,
WOLFE, WILLIAMS, RUTHERFORD & REYNOLDS, Norton, Virginia, for
Respondents.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Consolidation Coal Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits to former miner Herman H. Williams, pursuant to 30 U.S.C. §§ 901-945 (2012). Our review of the record discloses that the ALJ's decision is based upon substantial evidence and that the Board's decision is without reversible error. Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED